UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-cv-22214-O'SULLIVAN
[CONSENT]

JOYERIA PARIS, SRL,

    Plaintiff,

v.

GUS & ERICK CUSTOM SERVICES, INC., and GUSTAVO ESCOBAR,

    Defendants,

_____/

### ORDER

THIS MATTER comes before the Court on the Plaintiff's Verified Motion for Final Judgment (DE # 51, 8/6/14). Rule 7.1(a)(3) of the Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Prior to filing any motion in a civil case, [with certain inapplicable exceptions] . . . **counsel for the movant shall confer (orally or in writing), or make reasonable effort to confer (orally or in writing), with all parties or non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve by agreement the issues to be raised in the motion.** . . . At the end of the motion, and above the signature block, counsel for the moving party shall certify either: (A) that counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve the issues raised in the motion and has been unable to do so; or (B) that counsel for the movant has made reasonable efforts to confer with all parties or non-parties who may be affected by the relief sought in the motion, which efforts shall be identified with specificity in the statement, but has been unable to do so. . . . **Failure to comply with the requirements of this Local Rule may be cause for the Court to grant or deny the motion and impose on counsel an appropriate sanction,** which may include an order to pay the amount of the reasonable expenses incurred because of the violation, including a reasonable attorney's fee.

S.D. Fla. L.R. 7.1 (c) (emphasis added). Accordingly, it is

ORDERED AND ADJUDGED that the Plaintiff's Verified Motion for Final Judgment (DE # 51, 8/16/14) is **STRICKEN** for failure to confer with opposing counsel.

DONE AND ORDERED, in chambers, in Miami, Florida, this 7th day of August, 2014.

                                                  _____
                                                JOHN J. O'SULLIVAN
                                                UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
All counsel of record